[No. 35690-2-II.   Division Two.   June 30, 2009.]

*In the Matter of the Personal Restraint of* JERRY D. WIATT, JR., *Petitioner.*

The opinion in the above captioned case, which appeared in the advance sheets at 151 Wn. App. 22-66, has not been published in this permanent bound volume pursuant to an order of the Court of Appeals dated September 1, 2009 withdrawing the opinion.